**ROY D. C. SMITH**
1047 LITCH Ct.
RENO, NV. 89509
208-713-5986     **PRO SE**



```
____ FILED        ✓ RECEIVED
____ ENTERED      ____ SERVED ON
             COUNSEL/PARTIES OF RECORD

            JUL 10 2009

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY: _____ DEPUTY
```

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

3:09-cv-00371

| | |
|---|---|
| ROY D. C. SMITH    Plaintiff,    ) | **CASE NO.** |
| ) | |
| ) | **CIVIL RIGHTS COMPLAINT** |
| vs.                                 ) | **PURSUANT TO 42 USCA 1983 &** |
| ) | **28 USCA 1331 & 28 USCA 1343(3)** |
| Sgt Kim Bradshaw    ) | |
| CITY OF RENO TOWNSHIP    ) | |
| COUNTY OF WASHOE,        ) | |
| STATE OF NEVADA AND      ) | |
| THE RENO POLICE DEPARTMENT    ) | |
| Defendant's.    ) | |

### A JURISDICTION

1. This complaint alleges that the civil rights of Plaintiff, ROY D. C. SMITH,

who presently resides at 1047 Litch ct. Reno Nevada 89509, were violated

by the actions of the above named individuals which were directed against

Plaintiff at " THE RENO POLICE DEPARTMENT" on the following dates

**5/26/09**            **5/26/09**
(Count 1)            (Count 2)            (Count 3)

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

2) Defendant _City of Reno_ resides at _455 East 2nd st_,
   (full name of first defendant)          (address if first defendant)
   and is employed as _Sgt. Kim Bradshaw_ . This defendant is sued in his/her
   (defendant's position and title, if any)
   _X_ individual _X_ official capacity. (Check one or both). Explain how this defendant was acting

   under color of law: _Improper Investigation Civil Rights 28 USCA 1331_
   _& 28 USCA 1343 (3) 42 USCA 1983_

3) Defendant _Reno Police Department_ resides at _455 East 2nd st_,
   (full name of first defendant)          (address if first defendant)
   and is employed as _Sgt Kim Bradshaw_ . This defendant is sued in his/her
   (defendant's position and title, if any)
   _X_ individual _X_ official capacity. (Check one or both). Explain how this defendant was acting

   under color of law: _Improper Investigation Civil Rights 28 USCA 1331_
   _& 28 USCA 1343 (3) 42 USCA 1983_

4) Defendant _____ resides at _____,
   (full name of first defendant)          (address if first defendant)
   and is employed as _____ . This defendant is sued in his/her
   (defendant's position and title, if any)
   ___ individual ___ official capacity. (Check one or both). Explain how this defendant was acting

   under color of law: _____

5) Defendant _____ resides at _____,
   (full name of first defendant)          (address if first defendant)
   and is employed as _____ . This defendant is sued in his/her
   (defendant's position and title, if any)
   ___ individual ___ official capacity. (Check one or both). Explain how this defendant was acting

   under color of law: _____

6) Defendant _____ resides at _____,
       (full name of first defendant)                    (address if first defendant)
   and is employed as _____. This defendant is sued in his/her
                      (defendant's position and title, if any)
   ___ individual ___ official capacity. (Check one or both). Explain how this defendant was acting

   under color of law: _____


7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

   28 U.S.C.A 1331 + 28 USCA 1343 (3)

---

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

   I Roy D.C. Smith was called By Wendy Raasch on or about May 18/09 at or near 5:58 PM Wendy Raasch Called my cell 775·342·9641 and left 2 messages threating me with gun violanece with Dee Harrel in the Background Talking. The phone # from Wendy Raasch is 775-358-4058 6:07 PM Count Down from 2:51 TO :30 Seconds on Recording Some Body is soon To Kill your Fucking Ass. Other Message on May 18/09 from 2:07 to 0:33; Dee speaks I Hue Said all messages.

---

## C. CAUSE OF ACTION

3

## COUNT I

The following civil rights has been violated: 28 USCA 1331 ¥
28 USCA 1343 (3)  42 USCN 1983

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

On or about april 30th 2009 I Roy O. C. Smith Had to be in court Reno muni court Wendy Raasch also Had to be in court, Reno muni court on or about april 30,09 for shooting her gun in city Limits at a perspective burgler. I gave her name to my Public Defender Abu to Fumitas Jr. As a witness in my case against the city of Reno And Dee Horrel, on or about may 16,09 afternoon 845½ Drinkyst Reno, Wendy Raasch Pulled out from her pillow a 25 caliber gun pointed it at me and. said Bomber when I put this gun to your head and said Dont mess with me, I said yes I some what do. The next day She wanted to come over and cook Dinner, I cooked Dinner at my house called wendy at 775 3584058 Left a message that I have cooked Ribs come to my house a few min. Late wendy calls and says she with Dee Herrell started threating me & herrassing me to Drop my civil suit agenst Dee Herrell you have sued us both allready. A no contact order was In efect Doe Herrell Itis violated a protection order and shall be Delt with ecordn. to the laws of said order
Case # RCP 2009 048498

4

## COUNT II

The following civil rights has been violated: 28 USCA 1331 ✓
28 USCA 1343 (3)   42 USCA 1983

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

On or about april 30th, 2009 I Roy O. C. Smith had to be in court Reno muni court Wendy Raasch also had to be in court, Reno muni court on or about april 30, 09 for shooting her gun in city limits at a perspective burgler. I gave her name to my Public Defender Abu to Pirates Jr. As a witness in my case against the city of Reno And Dee Horrel. on or about may 16, 09 at or near 845½ University st Reno, Wendy Raasch Pulled out from her pillow a 25 caliber gun pointed it at me and said Remember when I put this gun to your head and said Don't mess with me. I said yes I some what do. The next day She wanted to come over and cook dinner, I cooked Dinner at my house called wendy at 775 358 4058 left a message that I have cooked Ribs came to my house a few minutes later Wendy calls and says she with Dee Horrell started threating me + harassing me to Drop my civil suit against Dee Hurds you have sued us both allready. A no contact order was In effect Dee Herrell It's violated a protection order and shall be Delt with according to the laws of said order
case # RCP2009 048498

## COUNT III

The following civil rights has been violated: _____

_____

_____

      Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)    Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action?  ____ Yes  _X_ No. If your answer is "Yes", describe each lawsuit. (If more than one, describe the others on an additional page following the below

outline).

    a)    Defendants: _____

    b)    Name of court and docket number: _____

    c)    Disposition (for example, was the case dismissed, appealed or is it still pending?): _____

    d)    Issues raised: _____

    _____

    e)    Approximate date it was filed: _____

    f)    Approximate date of disposition: _____

2)    Have you filed an action in federal court that was **dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?** ____ Yes _X_ No. If your answer is "Yes", describe each lawsuit. (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline.)

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

    a)    Defendants: _____.

    b)    Name of court and case number: _____.

    c)    The case was dismissed because it was found to be (check one): _____ frivolous ____ malicious or ____ failed to state a claim upon which relief could be granted.

    d)    Issues raised: _____

    e)    Approximate date it was filed: _____

    f)    Approximate date of disposition: _____

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

    a)    Defendants: _____.

    b)    Name of court and case number: _____.

c)  The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.

d)  Issues raised: _____

e)  Approximate date it was filed: _____

f)  Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a)  Defendants: _____.

b)  Name of court and case number: _____.

c)  The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.

d)  Issues raised: _____

e)  Approximate date it was filed: _____

f)  Approximate date of disposition: _____

3)  Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? _X_ Yes ___ No. If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) ___ disciplinary hearing; (2) ___ state or federal court decision; (3) ___ state or federal law or regulation; (4) ___ parole board decision; or (5) ___ other _____.
If your answer is "Yes", provide the following information. Grievance Number 09·17535.
Date and institution where grievance was filed 5·26·09 Reno Police Department.

Response to grievance: Sgt Kim Bradshaw told me not to Record any dd messages officer moss 11565 Played the messages from a pink cell 775·342·4641 on 5·26·09

8

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

*I Am entitled to Damages in the Amount of $100,000,000.00 mental anguish, Slander, Deplamation of caracter, and possible Death By gun Villance cover up By Sgt. Kim Bradshaw Reno Police Department*

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____        [signature]
(Name of Person who prepared or helped        (Signature of Plaintiff)
prepare this complaint if not Plaintiff)

                                                6/29/09
                                                (Date)

(Additional space if needed; identify what is being continued)