UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| ROY D. C. SMITH, | ) | 3:09-CV-00371-ECR-VPC |
| Plaintiff, | ) | MINUTES OF THE COURT |
| vs. | ) | DATE: January 6, 2010 |
| KEN BRADSHAW, et al., | ) | |
| Defendants. | ) | |

PRESENT:     EDWARD C. REED, JR.                                U. S. DISTRICT JUDGE

Deputy Clerk:     COLLEEN LARSEN       Reporter:     NONE APPEARING

Counsel for Plaintiff(s)                    NONE APPEARING

Counsel for Defendant(s)                   NONE APPEARING

MINUTE ORDER IN CHAMBERS

On December 15, 2009, the Magistrate Judge filed a Report and Recommendation (#3) recommending that this action be dismissed without prejudice. No objections were timely filed to the Report and Recommendation (#3).

**IT IS, THEREFORE, HEREBY ORDERED** that this action is **DISMISSED** without prejudice. The Clerk shall enter judgment accordingly.

Plaintiff has failed to comply with the Court's Order (#2) requiring him to file an affidavit with the Court providing certain information regarding his application to proceed *in forma pauperis.*

                                                            LANCE S. WILSON, CLERK

                                                            By      /s/
                                                                 Deputy Clerk